FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01505-BNB

FARHAD-HAJI MOHAMMAD MEHDI,

    Plaintiff,

v.

DILLARD'S DEPARTEMENT [sic] STORE,

    Defendant.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 29, 2011, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01505-BNB

Farhad-Haji Mohammad Mehdi
11348 Locust St
Thornton, CO 80233

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 29, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk