IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 12 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01505-PAB

FARHAD-HAJI MOHAMMAD MEHDI,

Plaintiff,

v.

DILLARDS DEPARTMENT STORE,

Defendant.

___

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

___

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

DATED July 11, 2011.

BY THE COURT:

S/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01505-PAB

Farhad-Haji Modammad Mehdi
11348 Locust St.
Thornton, CO 80233

US Marshal Service
Service Clerk
Service forms for: Dillard Department Store

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Dillards Department Store: AMENDED TITLE VII COMPLAINT FILED 06/28/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on July 12, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk