IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01505-PAB-MEH

FARHAD-HAJI MOHAMMAD MEHDI,

    Plaintiff,

v.

DILLARDS DEPARTMENT STORE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 30, 2011.**

    Plaintiff's letter [Motion] seeking clarification of scheduling order forms [filed August 25, 2011; docket #17] is **granted in part and denied in part.** The Court may not advise any party as to substantive issues in a case. However, the Court informs the Plaintiff that he must comply with Fed. R. Civ. P. 26(f) by cooperating with the opposing party in drafting a proposed Scheduling Order.