IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01505-PAB-MEH

FARHAD-HAJI MOHAMMAD MEHDI,

    Plaintiff,

v.

DILLARDS DEPARTMENT STORE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 21, 2011.**

    Before the Court is a letter from Plaintiff dated October 20, 2011 [filed October 20, 2011; docket #40], which has been construed by the Court as a motion for clarification. Without commenting on the substance of Plaintiff's discussions with Defendant, the Court notes that its calender reflects no setting in this matter on November 10, 2011.