IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01505-PAB-MEH

FARHAD-HAJI MOHAMMAD MEHDI,

      Plaintiff,

v.

DILLARDS DEPARTMENT STORE,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2011.**

      Before the Court is a letter from Plaintiff dated October 23, 2011 [filed October 24, 2011; docket #44]. The Court construes Plaintiff's letter liberally as a motion to compel his deposition at the courthouse rather than at the location Defendant has chosen. Because Plaintiff has not demonstrated good cause for the relief requested, and because changing the location will prejudice Defendant, Plaintiff's motion is **denied**.

      The Court reminds Plaintiff that *ex parte* communications with the Court are strictly prohibited under the ethical rules, and any request for relief or other communication (other than in pursuit of settlement) must be made by motion served on all parties. The Court emphasizes that any attempt by parties to a lawsuit to contact a judge or the Court's chambers on an *ex parte* basis may result in sanctions against such party.