IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**   11-cv-01505-PAB-MEH | **FTR – Courtroom A501** |
| **Date:**   November 23, 2011 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| FARHAD-HAJI MOHAMMAD MEHDI, | *Pro Se* |
| Plaintiff, | |
| v. | |
| DILLARDS DEPARTMENT STORE, | Karen Kessler Cain (by phone) |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**   9:47 a.m.

The Court calls case.  Appearances of *pro se* Plaintiff and counsel for Defendant.

Argument and discussion regarding Defendant's Motion for Sanctions for Plaintiff's Failure to Appear for His Own Deposition and Suggestions in Support (Doc. #51, filed 11/14/2011), and discussion regarding where Plaintiff's deposition will take place.

**ORDERED:**  1.   Defendant's Motion for Sanctions for Plaintiff's Failure to Appear for His Own Deposition and Suggestions in Support (Doc. #51, filed 11/14/2011) is GRANTED as stated on the record.  Defendant's counsel shall submit an itemized list of costs associated with the Plaintiff's failure to appear for his deposition previously scheduled.  Plaintiff will not be responsible for paying the costs until the conclusion of this case.

2.   Plaintiff's Deposition is rescheduled to **November 30, 2011, at 9:00 a.m. and shall take place at the Marriott hotel in Broomfield, Colorado.**

3.   The Settlement Conference set for November 30, 2011, is vacated and reset for **December 1, 2011, at 8:00 a.m.**

**Court in recess:**   10:13 a.m.     (Hearing concluded)
Total time in court:   0:26
**To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.**