IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01505-PAB-MEH

FARHAD-HAJI MOHAMMAD MEHDI,

      Plaintiff,

v.

DILLARDS DEPARTMENT STORE,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 29, 2011.**

      Before the Court is a letter from Plaintiff dated November 25, 2011 [filed November 28, 2011; docket #60], which the Court construes as a Motion to Clarify the location of Plaintiff's deposition. Defendant filed a Response joining in Plaintiff's request [docket #61]. The Court directs Plaintiff to Defendant's Notice Regarding Place of Plaintiff's Deposition [docket #58], which states that Plaintiff's deposition will take place at the Denver Marriott City Center rather than at the Marriott Renaissance in Broomfield.